UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Dave Torgerson, | File No: 09-CV-2146 (MJD/JJK) |
| Plaintiff, | |
| v. | |
| Dakota County Community Development Agency, | **ORDER OF DISMISSAL** |
| Defendant. | |

---

Pursuant to the Settlement Agreement filed with this Court, which agreement is incorporated herein by reference, the Court hereby orders that the above captioned matter be dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

**Dated: April 28, 2010**

                                          s/Michael J. Davis
                                          **Michael J. Davis**
                                          **Chief Judge**
                                          **United States District Court**